U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Chicago Regional Council of Carpenters Pension Fund et al.
v.
Bronson Construction, Inc., D.A. George & Sons Construction, Inc., GAP Development, LLC, Curtiss Street Development, LLC

Case Number:

KC **FILED**
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV7104
JUDGE COAR
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) Raymond J. Sanguinetti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM Whitfield, McGann & Ketterman | |
| STREET ADDRESS 111 E. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6244798 | TELEPHONE NUMBER (312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |