# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 07 C 7104

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND, et al.,   Plaintiffs,
v.
BRONSON CONSTRUCTION, INC., et al.,   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Bronson Construction, Inc., D.A. George and Sons Construction, Inc., Gap Development, LLC, Curtiss Street Development, LLC

| | |
|---|---|
| NAME (Type or print) Jeremy B. Lewin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jeremy B. Lewin | |
| FIRM Barnes & Thornburg LLP | |
| STREET ADDRESS One North Wacker Drive, Suite 4400 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6269242 | TELEPHONE NUMBER 312/357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |