IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BRONSON CONSTRUCTION, INC., D.A. GEORGE AND SONS CONSTRUCTION, INC., GAP DEVELOPMENT, LLC, CURTISS STREET DEVELOPMENT, LLC,<br><br>　　　　　Defendants. | Case No. 07 C 7104<br><br>Judge Coar<br>Magistrate Judge Ashman |

**DEFENDANT CURTISS STREET DEVELOPMENT,
LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Curtiss Street Development, LLC ("Curtiss"), by its attorneys, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, makes the following Disclosure Statement:

　　Curtiss's members are David A. George and Paul Petrick.

DATED: January 17, 2008　　　　　　　　　CURTISS STREET DEVELOPMENT, LLC


　　　　　　　　　　　　　　　　　　　　　　　*s/ Donald J. McNeil*
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Donald J. McNeil, #6193106
Jeremy B. Lewin, #6269242
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (FAX)

Bruce F. Mills
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313
(317) 231-7433 (FAX)

444213v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Defendant Curtiss Street Development, LLC's Local Rule 3.2 Disclosure was served on this 17th day of January 2008, by electronic filing pursuant to Rule XI of the General Order on Electronic Case Filing upon:

>Raymond James Sanguinetti, Esq.
>Whitfield McGann & Ketterman
>111 East Wacker Drive
>Suite 2600
>Chicago, Illinois 60601

*s/ Donald J. McNeil*

444213v1